JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAVIN Z. SIPANZI, | ) CASE NO. CV 10-01447-MMM(JCx) |
| Plaintiffs, | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| SMITH AND NEPHEW, INC., | ) |
| Defendants. | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: March 22, 2011

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE